# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SEAN JONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL NO. 10-cv-275-MJR |
| ) | |
| RANDY J. DAVIS, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On June 16, 2010, Petitioner Sean Jones moved this Court for voluntary dismissal of the action (Doc. 4). Voluntary withdrawal of his petition is Jones's right, *see* FED.R.CIV.P. 41(a)(1)(i), and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **CLOSE THIS CASE**.

IT IS SO ORDERED.

DATED this 9th day of August, 2010.

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**